1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  JOHN JESUS HERNANDEZ,                    1:11-cv-00602 SMS (HC)
12                                           ORDER TRANSFERRING CASE TO THE
                                             UNITED STATES DISTRICT COURT FOR
13               Petitioner,                 THE NORTHERN DISTRICT OF
                                             CALIFORNIA
14  vs.
15  R. LOPEZ, Warden,
16               Respondent.
17  _____/
18

19      Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20  U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21      The federal venue statute requires that a civil action, other than one based on diversity

22  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

23  reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

24  giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

25  situated, or (3) a judicial district in which any defendant may be found, if there is no district in which

26  the action may otherwise be brought." 28 U.S.C. § 1391(b).

27      In this case, the petitioner is challenging a conviction from Santa Clara County, which is in the

28  Northern District of California. Therefore, the petition should have been filed in the United States

-2-

1  District Court for the Northern District of California.  In the interest of justice, a federal court may
2  transfer a case filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v.</u>
3  <u>McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).
4       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
5  District Court for the Northern District of California.
6  IT IS SO ORDERED.
7  **Dated:   April 26, 2011**                    /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE