FILED

JUL 20 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JESUS HERNANDEZ,<br><br>    Petitioner,<br><br>vs.<br><br>R. LOPEZ, Warden,<br><br>    Respondent.<br>_____ / | No. C 11-02137 EJD (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br>(Docket Nos. 16 & 17) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court requested Respondent to file a motion to dismiss the petition or notice that motion is unwarranted on August 11, 2011. (See Docket No. 7.) Respondent filed a motion to dismiss the petition as a second or successive petition on October 12, 2011. (Docket No. 10.)

    Petitioner has filed a motion for an extension of time to file opposition. The motion is GRANTED. Petitioner shall file his opposition **no later than July 30, 2012.**

    This order terminates Docket Nos. 16 and 17.

DATED: 7/19/12

EDWARD J. DAVILA
United States District Judge

Order Granting Ext. Of Time
02137Hernandez_eot-oppo3.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN JESUS HERNANDEZ,

        Plaintiff,

v.

R. LOPEZ et al,

        Defendant.

Case Number: CV11-02137 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 20, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Jesus Hernandez T-42740
CALIFORNIA STATE PRISON
P. O. Box 3471
CORCORAN, CA 93212-3471

Dated: July 20, 2012

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk