IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN JESUS HERNANDEZ, | ) | No. C 11-02137 EJD (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| R. LOPEZ, Warden, | ) | |
| Respondent. | ) | |

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED. Judgment is entered accordingly.

The Clerk shall close the file.

DATED: 8/31/2012

EDWARD J. DAVILA
United States District Judge

Judgment
N:\Pro - Se & Death Penalty Orders\August 2012\02137Hernandez_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JESUS HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. LOPEZ et al,<br><br>　　　　Defendant.<br>_____ / | Case Number: CV11-02137 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Jesus Hernandez T-42740
CALIFORNIA STATE PRISON
P. O. Box 3471
CORCORAN, CA 93212-3471

Dated: September 4, 2012

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk

Judgment
N:\Pro - Se & Death Penalty Orders\August 2012\02137Hernandez_judgment.wpd